UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Roosevelt Francis, Jr. and Melissa R. Francis

Case No.: 13-23364

Hearing Date: 11/22/17 at 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
## STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Denise E. Carlon  was directed to file:

#54 ORDER TO BE SUBMITTED  and that the document has not been filed, it is hereby

ORDERED that  Denise E. Carlon  shall show cause on  November 22, 2017 at  10:00 a.m.  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

☒ motion should not be denied,

❏ pleading should not be stricken.

*new 9/10/07*