UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Roosevelt Francis, Jr. and Melissa R. Francis | Case No.: 13-23364 |
| | Hearing Date: 11/22/17 at 10:00 am |
| | Judge: Michael B. Kaplan |
| | Chapter: 13 |

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that Denise E. Carlon was directed to file: #54 ORDER TO BE SUBMITTED and that the document has not been filed, it is hereby

ORDERED that Denise E. Carlon shall show cause on November 22, 2017 at 10:00 a.m. in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom number 8, before the Honorable Michael B. Kaplan why the:

- ☒ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:  
Roosevelt Francis, Jr.  
Melissa R. Francis  
    Debtors

Case No. 13-23364-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db/jdb        +Roosevelt Francis, Jr.,   Melissa R. Francis,   152 Greenland Avenue,   Trenton, NJ 08638-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:

        Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
        Albert    Russo    docs@russotrustee.com  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com  
        Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com  
        Georgette    Miller    on behalf of Debtor Roosevelt    Francis, Jr. info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net  
        Georgette    Miller    on behalf of Joint Debtor Melissa R. Francis info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net  
        Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                            TOTAL: 10