Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−23364−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roosevelt Francis Jr.
152 Greenland Avenue
Trenton, NJ 08638

Melissa R. Francis
aka Melissa Harvey
152 Greenland Avenue
Trenton, NJ 08638

Social Security No.:
xxx−xx−4322

xxx−xx−0094

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*60* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/12/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 12/14/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court