Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–23364–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roosevelt Francis Jr.  
152 Greenland Avenue  
Trenton, NJ 08638

Melissa R. Francis  
aka Melissa Harvey  
152 Greenland Avenue  
Trenton, NJ 08638

Social Security No.:
  xxx–xx–4322                                   xxx–xx–0094

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 2, 2014.

On 12/10/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              January 23, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 12, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-23364-MBK
Roosevelt Francis, Jr.                                              Chapter 13
Melissa R. Francis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Dec 12, 2017
                               Form ID: 185             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
```
db/jdb         +Roosevelt Francis, Jr.,    Melissa R. Francis,    152 Greenland Avenue,    Trenton, NJ 08638-3628
cr             +Ewing Township,    Municipal Complex,    2 Jake Garzio Drive,    Ewing, NJ 08628-1544
514049471     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, Texas    76096)
514013166      +Aes/Pnc Natl City,    1200 N 7th St,    Harrisburg, PA 17102-1419
514041934      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
514013171     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514244829      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
514013174     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
514013170      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
514050712      +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
514189147      +Crestar Capital, L.L.C.,    c/o Honig and Greenberg, LLC,    1949 Berlin Road, Suite 200,
                 Cherry Hill, NJ 08003-3737
515260702      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
515260703      +ECMC,    PO BOX 16408,    St. Paul, MN 55116,    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
514013177      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514013178      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
514013179      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
514013180      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
514082699      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
514013183       Plains Commerce Bank/C,    2101 W 51st Ste 34,    Sioux Falls, SD 57105
514013184      +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1920
514013185      +Rickart Collection Systems, Inc.,    575 Milltown Rd,    P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
514013187     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 266,    Trenton, NJ 08695)
514075487      +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
514013188     #+Tate and Kirlin Associates,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
514013189      +Township of Ewing,    Ewing Township Municipal Bldg,    2 Jake Garzio Drive,
                 Trenton, NJ 08628-1544
514083332       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI  53708-8973
514013191      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
514013192      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
514013193      +World Keimyung Taekwondo, Inc.,    c/o National Credit Managers, Inc.,    P.O. Box 140925,
                 Orlando, FL 32814-0925
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514228736      +E-mail/Text: EBNProcessing@afni.com Dec 12 2017 23:20:52      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
514013167      +E-mail/Text: EBNProcessing@afni.com Dec 12 2017 23:20:52      Afni-Bloom,
                 404 Brock Dr  Po Box 3097,    Bloomington, IL 61701-2654
514013168      +E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2017 23:20:02      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
514080981      +E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2017 23:20:02      Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
514136444       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2017 23:33:49
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
514013169      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 12 2017 23:20:38      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
514013173       E-mail/Text: bankruptcy@cashcall.com Dec 12 2017 23:21:25      Cashcall Inc,
                 1600 S Douglass Rd,    Anaheim, CA 92806
514035370      +E-mail/Text: bncmail@w-legal.com Dec 12 2017 23:20:53      CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
514013172      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 12 2017 23:26:59      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
515326092      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2017 23:26:27
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
514013175      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 12 2017 23:21:30      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Dec 12, 2017
                              Form ID: 185             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514013176      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 12 2017 23:21:30
                Credit Collection Services,   Two Wells Ave,   Newton Center, MA 02459-3246
514149596      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2017 23:20:58
                INTERNATIONAL COLLECTION SERVICES,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-7999
514013181      +E-mail/Text: cio.bncmail@irs.gov Dec 12 2017 23:20:24     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
514156495       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2017 23:20:58     Jefferson Capital Systems LLC,
                PO BOX 7999,   SAINT CLOUD MN 56302-9617
514013182       E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30     M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
514097788       E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30     M&T Bank,   P.O. Box 1288,
                Buffalo, New York 14240
514872167       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 23:33:31
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514872168       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 23:33:43
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514269155       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 23:27:11
                Portfolio Recovery Associates, LLC,   c/o Citifinancial, Inc.,   POB 41067,   Norfolk VA 23541
514275769      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2017 23:26:40
                PYOD, LLC its successors and assigns as assignee,   of Plains Commerce Bank,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
514013186      +E-mail/PDF: pa_dc_claims@navient.com Dec 12 2017 23:26:55     Sallie Mae,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
514013190      +E-mail/Text: crwkflw@firstdata.com Dec 12 2017 23:21:11     TRS Recovery Services,
                5251 Westheimer Rd,   Houston, TX 77056-5416
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Crestar Capital, L.L.C.,   c/o Honig & Greenberg, LLC,   1949 Berlin Road,   Suite 200,
                Cherry Hill, NJ 08003-3737
514156808*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
514169411*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
```
              Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Dec 12, 2017
                              Form ID: 185             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
          Georgette  Miller    on behalf of Debtor Roosevelt  Francis, Jr. info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net
          Georgette  Miller    on behalf of Joint Debtor Melissa R. Francis info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net
          Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com

                                                                                                    TOTAL: 11