**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**HILL WALLACK, LLP**
Elizabeth Holdren, Esq.
21 Roszel Road
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888
Attorneys for Ewing Township

Order Filed on December 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Chapter 13 |
|---|---|
| ROOSEVELT FRANCIS, JR. AND MELISSA R. FRANCIS A/K/A MELISSA HARVEY, | Case No.:13-23364 (MBK) |
| Debtors. | |

**ORDER DENYING MOTION FOR RELIEF AND PROVIDING 30-DAY DEFAULT CLAUSE FOR FUTURE PAYMENTS DUE AND OWING EWING TOWNSHIP**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Roosevelt Francis, Jr. and Melissa R. Francis a/k/a Melissa Harvey
Case No: 13-23364 (MBK)

Caption of Order: ORDER DENYING MOTION FOR RELIEF AND PROVIDING 30-DAY DEFAULT CLAUSE FOR FUTURE PAYMENTS DUE AND OWING EWING TOWNSHIP

Upon the motion of Hill Wallack LLP, attorneys for Ewing Township ("Ewing"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to real property commonly known as 152 Greenland Avenue, Ewing, New Jersey 08638 (the "Property") owned by the debtors, Roosevelt Francis, Jr. and Melissa R. Francis a/k/a Melissa Harvey ("Debtors") and waiving the 14-day stay pursuant to Rule 4001(a)(3) as hereinafter set forth, and for cause shown, it is ORDERED that:

1. Ewing's Motion for relief from the automatic stay is hereby denied;

2. Debtors shall make all future payments due and owing Ewing on a timely basis; and

3. In the event the Debtors fail to make any payment due and owing Ewing within thirty (30) days of the date the payment is due, then Ewing may obtain an Order Vacating the Automatic Stay as to the Property by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney.