**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-2(c)

**HILL WALLACK, LLP**
Elizabeth Holdren, Esq.
21 Roszel Road
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888
Attorneys for Ewing Township

**Order Filed on December 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Chapter 13 |
|---|---|
| ROOSEVELT FRANCIS, JR. AND MELISSA R. FRANCIS A/K/A MELISSA HARVEY, | Case No.:13-23364 (MBK) |
|     Debtors. | |

**ORDER DENYING MOTION FOR RELIEF AND PROVIDING 30-DAY DEFAULT CLAUSE FOR FUTURE PAYMENTS DUE AND OWING EWING TOWNSHIP**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Roosevelt Francis, Jr. and Melissa R. Francis a/k/a Melissa Harvey
Case No: 13-23364 (MBK)
Caption of Order: ORDER DENYING MOTION FOR RELIEF AND PROVIDING 30-DAY DEFAULT CLAUSE FOR FUTURE PAYMENTS DUE AND OWING EWING TOWNSHIP

Upon the motion of Hill Wallack LLP, attorneys for Ewing Township ("Ewing"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to real property commonly known as 152 Greenland Avenue, Ewing, New Jersey 08638 (the "Property") owned by the debtors, Roosevelt Francis, Jr. and Melissa R. Francis a/k/a Melissa Harvey ("Debtors") and waiving the 14-day stay pursuant to Rule 4001(a)(3) as hereinafter set forth, and for cause shown, it is ORDERED that:

1. Ewing's Motion for relief from the automatic stay is hereby denied;

2. Debtors shall make all future payments due and owing Ewing on a timely basis; and

3. In the event the Debtors fail to make any payment due and owing Ewing within thirty (30) days of the date the payment is due, then Ewing may obtain an Order Vacating the Automatic Stay as to the Property by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-23364-MBK
Roosevelt Francis, Jr.                                                    Chapter 13
Melissa R. Francis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Dec 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db/jdb         +Roosevelt Francis, Jr.,   Melissa R. Francis,   152 Greenland Avenue,   Trenton, NJ 08638-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Ewing Township eak@hillwallack.com,
               fkm@hillwallack.com;jhanley@hillwallack.com
              Georgette    Miller    on behalf of Debtor Roosevelt    Francis, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              Georgette    Miller    on behalf of Joint Debtor Melissa R. Francis info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
                                                                                               TOTAL: 11